## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

GLENN BOWLES,

    Plaintiff,

v.                                                          Case No. 20-13175

ELIZABETH DARGA,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

On the record, Plaintiff requested a dismissal of this action. Upon the parties' stipulation and having found that the action may be dismissed on proper terms,

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

                                                   s/Robert H. Cleland               /
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated:  February 16, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2023, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner                  /
                                                   Case Manager and Deputy Clerk
                                                   (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-13175.BOWLES.OrderDismissWithPrejudice.NH.docx