**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

GLENN BOWLES,

    Plaintiff,

v.                                                                                          Case No. 20-13175

ELIZABETH DARGA,

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's opinions and orders entered on May 7, 2021 (ECF No. 29), June 8, 2021 (ECF No. 38), September 1, 2021 (ECF No. 46), May 10, 2022 (ECF No. 63), February 14, 2023 (ECF No. 116), and February 16, 2023 (ECF No. 118),

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants.

Dated at Port Huron, Michigan, February 16, 2023.

                                                          KINIKIA ESSIX
                                                          CLERK OF THE COURT

                                                          By: <u>s/Lisa Wagner</u>
                                                          Lisa Wagner, Case Manager
                                                          to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-13175.BOWLES.Judgment.NH.docx